# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| LEWIS ANDERSON,<br>　　　　Petitioner,<br>　　v.<br>THE PEOPLE OF THE STATE OF CALIFORNIA,<br>　　　　Respondent. | NO. EDCV 18-2373-DSF (KS)<br><br>ORDER ACCEPTING FINDINGS AND RECOMMENDATIONS OF UNITED STATES MAGISTRATE JUDGE |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the Petition for Writ of Habeas Corpus ("Petition"), the Motion to Dismiss ("Motion") and related briefing, the Report and Recommendation of United States Magistrate Judge ("Report"), and Petitioner's two responses to the Report: the "Objections" he filed on April 22, 2019 (Dkt. No. 26); and the Motion for Expedited Court Order Instructing the Clerk of the Court to File the 12(b)(6) or 12(c) Motion for Insufficient Process of Petitioner's Federal and Constitutional Evidence of Actual Innocence (Dkt. No. 27).

Pursuant to 28 U.S.C. § 636(b)(1)(C) and Fed. R. Civ. P. 72(b), the Court has conducted a *de novo* review of those portions of the Report to which objections have been stated. Having

completed its review, the Court accepts the findings and recommendations set forth in the Report.

Accordingly, IT IS ORDERED that: (1) the Motion is GRANTED; (2) the Petition is DENIED; and (3) Judgment shall be entered dismissing this action with prejudice.

Date: June 11, 2019

                                Dale S. Fischer
                                United States District Judge