**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| **LEWIS ANDERSON,** ) | **NO. EDCV 18-2373-DSF (KS)** |
| **Petitioner,** ) | |
| **v.** ) | **JUDGMENT** |
| ) | |
| **THE PEOPLE OF THE STATE OF** ) | |
| **CALIFORNIA,** ) | |
| **Respondent.** ) | |
| _____ ) | |

    Pursuant to the Court's Order Accepting Findings and Recommendations of United States Magistrate Judge,

    IT IS ADJUDGED that this action is dismissed with prejudice.


Date: June 11, 2019

                        Dale S. Fischer
                        United States District Judge